# EXHIBIT A

FILED: ROCKLAND COUNTY CLERK 08/31/2023 09:14 PM

NYSCEF DOC. NO. 1

INDEX NO. 034243/202

RECEIVED NYSCEF: 08/31/202

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ROCKLAND
-------------------------------------------------------------------X

BRIAN VESCIO and
CONSTANCA VESCIO,

                                        Plaintiffs,

                        -against-

BANKERS STANDARD
INSURANCE COMPANY,

                                        Defendant.

-------------------------------------------------------------------X

Index No.:_____

Date Purchased:_____

**SUMMONS WITH NOTICE**

Plaintiffs designate Rockland County
as the place of trial. The basis for
venue is plaintiffs' residency in
Rockland. Plaintiffs reside at 3
Davenport Terrace, West Nyack, NY
10994 .

**TO THE ABOVE-NAMED DEFENDANT(S):**

**PLEASE TAKE NOTICE THAT YOU ARE HEREBY SUMMONED** to appear in this action by

serving a notice of appearance on the plaintiffs' attorney at the address set forth below within twenty

(20) days after service of this summons with notice (exclusive of the date of service), or within thirty

(30) days after the service is complete if this summons with notice is not personally delivered to you

within the State of New York.

**YOU ARE HEREBY NOTIFIED THAT** should you fail to answer or appear, a judgement will be

entered against you by default for the relief demanded below.

Dated: Brooklyn, NY
        August 31, 2023

By: _____
        Moshe Y. Singer, Esq.
        **LAW OFFICE OF MOSHE Y. SINGER**
        *Attorneys for Plaintiff*
        1617 45th Street
        Brooklyn, NY 11204
        Telephone: (929) 333-9630
        Facsimile: (646) 783-0715
        Email: msinger@mysingerlaw.com

FILED: ROCKLAND COUNTY CLERK 08/31/2023 09:14 PM

INDEX NO. 034243/2023

NYSCEF DOC. NO. 1

RECEIVED NYSCEF: 08/31/2023

TO:     Bankers Standard Insurance Company
        436 Walnut Street
        P.O. Box 1000
        Philadelphia, PA 19106


NOTICE:   The nature of this action is money damages for breach of contract, fraud, fraud in the inducement, and breach of the implied covenant of good faith and fair dealing, arising out of and relating to Defendant's denial of Plaintiff's insurance claim for damages sustained to a home owned by Plaintiffs and insured by Defendant.   The damaged home made the basis of Plaintiffs' insurance claim is located at 259 Sickletown Road in West Nyack, New York.

The relief sought is damages, in an amount to be determined at a trial of this action, which exceed the jurisdictional limits of all lower courts, and is in no event less than $400,000.00.

If you do not appear within the applicable time limitation stated above, a judgment will be entered against you by default, granting Plaintiffs, *inter alia*, money damages in the amount of no less than $400,000.00, with interest from the date of August 17, 2022, together with the costs of this action, including attorney's fees, and for such other and further relief as the Court deems just, proper and equitable.


VENUE:   Plaintiffs designate Rockland County as the place of trial. The basis of this designation is Plaintiffs' residing within Rockland County.