UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Vescio, et al.,

                     Plaintiffs,

        -against-

Bankers Standard Insurance Company,
                    Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:23-cv-08679-NSR-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled **for March 6, 2024 at 11 AM**.

The parties are to dial in to Teams conference line at 1 914-292-4033, enter the Conference ID 472974007 and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following:

    (1) a brief summary of claims, defenses, and relevant issues;
    (2) the basis of subject matter jurisdiction;
    (3) the subjects on which discovery may be needed;
    (4) any anticipated discovery disputes or sought-after limitations on discovery;
    (5) any plans for electronic discovery and ESI protocols;
    (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
    (7) any anticipated motions; and
    (8) the prospects and timing for early settlement or resolution.

**SO ORDERED.**

DATED:    White Plains, New York
                January 31, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge