USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/09/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

BRIAN VESCIO and COSTANCA VESCIO.,

                                        Plaintiffs,

            - against -

BANKERS STANDARD INSURANCE COMPANY,

                                        Defendant.
------------------------------------------------------------------------x

STIPULATION AND ORDER
OF DISMISSAL WITH
PREJUDICE

23 Civ. 08679 (NSR) (VR)

**MEMO ENDORSED**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto by and

through their undersigned counsel that this action, including all claims alleged therein, be and the

same hereby is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil

Procedure with no award of costs or fees in favor of or against any party.

IT IS FURTHER STIPULATED AND AGREED that this stipulation may be executed in

counterparts, that facsimile and/or electronic copies of this stipulation shall be deemed originals,

and that this stipulation may be filed with the Court without further notice to the parties.

Dated: New York, New York
~~September~~ 7, 2024
October

LAW OFFICE OF MOSHE Y.
SINGER

By: /s/ Moshe Y. Singer
     Moshe Y. Singer, Esq.
     2753 Coney Island Ave., 2nd Fl.
     Brooklyn, New York 11235
     Tel: (929) 333-9630
     Email: msinger@mysingerlaw.com

     Attorneys for Plaintiff

MOUND COTTON WOLLAN &
GREENGRASS LLP

By: Robert S. Goodman
     Costantino P. Suriano, Esq.
     Robert S. Goodman, Esq.
     Harold J. Scheeren, Esq.
     One New York Plaza, 44th Floor
     New York, New York 10004
     Tel: 212-804-4200
     Email: csuriano@moundcotton.com
     Email: rgoodman@moundcotton.com
     Email: hscheeren@moundcotton.com

     Attorneys for Defendant

Dated: White Plains, NY
October 9, 2024

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge